IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JESSIE MARLENE ODOM WARD, as Personal Representative for the Estate of EVERETTE L. ODOM, Deceased | ) ) ) ) | **NOTICE OF MOTION** |
| Plaintiff | ) ) | MDL DOCKET NO.: 875 |
| vs. | ) ) | CIVIL ACTION NO.: 5:09-cv-80030 |
| ALLIS-CHAMBERS PUMPS, INC., et al., | ) ) | Hon. Eduardo C. Robreno |
| Defendants. | ) ) | |

**MOTION TO DISMISS OF THE UNITED STATES FIDELITY AND GUARANTY COMPANY**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant United States Fidelity and Guaranty Company ("USF&G") moves this Court to dismiss, with prejudice, the claims in the Complaint for the above-captioned action with respect to USF&G for failure to state a claim upon which relief can be granted. The grounds for this motion are more fully set forth in the accompanying memorandum of law, which is incorporated by reference herein. Defendant, USG&G, respectfully requests that oral argument be granted regarding this motion.

Respectfully Submitted,

Dated: April 2, 2010

/s/ Andrew T. Frankel
By: ANDREW T. FRANKEL

SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
(212) 455-2000

Samuel J. Arena, Jr., Esquire
s/ Julia M. Rafferty, Esquire
STRADLEY RONON STEVENS & YOUNG LLP

2600 One Commerce Square
2005 Market Street
Philadelphia, PA 19103
(215) 564-8000

Attorneys for Defendant USF&G Indemnity Company