IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JESSIE MARLENE ODOM WARD, as | ) | |
| Personal Representative for the Estate of | ) | |
| EVERETTE L. ODOM, Deceased | ) | MDL DOCKET NO.:  875 |
| | ) | |
| Plaintiff | ) | CIVIL ACTION NO.:  5:09-cv-80030 |
| | ) | |
| vs. | ) | Hon. Eduardo C. Robreno |
| | ) | |
| ALLIS-CHAMBERS PUMPS, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER

AND NOW, this _____ day of _____, 2010, upon consideration of the

Motion to Dismiss of the Defendant United States Fidelity and Guaranty Company ("USF&G")

to dismiss Plaintiff's Complaint, and any responses thereto, it is hereby ORDERED and

DECREED that the motion is GRANTED and all claims in the Complaint in the above-captioned

action with respect to USF&G are DISMISSED with prejudice.  It is FURTHER ORDERED that

the Clerk of the Court enter judgment in accordance with this Order.


_____

Honorable Eduardo C. Robreno