## CERTIFICATE OF SERVICE

I, Lloyd Colona, hereby certify under the penalty of perjury that on

April 2, 2010, I electronically filed the:

**- MOTION TO DISMISS OF THE UNITED STATES FIDELITY AND GUARANTY COMPANY**

**- MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DISMISS OF UNITED STATES FIDELITY AND GUARANTY COMPANY**

**- ORDER**

with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

I also personally served the same by First Class Mail upon:

Charles Everett Boyd
Nelson Mullins Riley LLP
3600 Maclay Boulevard S
Suite 202
Tallahassee, Fl 32312-1267

Michael W. Hogue
Nelson Mullins Riley & Scarborough LLP
1320 Main Street
Meridan Suite 1700
Columbia, SC 29201

Ralph Larry Morris
Levin, Middlebrooks, Mabie, et al
316 S. Baylen Street
Suite 600
Pensacola, FL 32501

Richard M. Crump
Crump & Davis PC
PO Box 22608
Jackson, MS 39225

Sherylle A.O. Gordon
Gordon Hargrove & James
2400 E Commercial Boulevard
Suite 1100
Ft. Lauderdale, FL 33308

Thomas Pou Scarritt
Scarritt Law Group PA
1405 W Swann Avenue
Tampa, FL 33606

Dated: New York, New York
April 2, 2010

*[signature]*

Lloyd Colona